# Court of Appeals
# of the State of Georgia

ATLANTA,   August 19, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1362.  I-POWER ALLAH v. THE STATE.**

I-Power Allah was convicted of armed robbery, aggravated assault with a deadly weapon, robbery, and obstruction of an officer, and his convictions were affirmed on appeal in an unpublished opinion. See *Allah v. State*, Case No. A18A1855 (decided Nov. 27, 2018).[1]  He subsequently filed a "Motion to Dismiss Indictment [and] Motion for a De Novo Hearing," claiming that there were problems with the grand jury and indictment and that his judgment of conviction should be set aside under OCGA § 9-11-60 (d).  The trial court denied the motion, and Allah filed this appeal.  We, however, lack jurisdiction.

A post-conviction motion seeking to vacate an allegedly void conviction is not a valid procedure in a criminal case, and any appeal from the denial or dismissal of such a motion must be dismissed.  See *Williams v. State*, 287 Ga. 192, 192 (695 SE2d 244) (2010); *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  A direct appeal may lie from the denial of a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is void.  See *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable

---

[1] In that case, we found that Allah's conviction for aggravated assault with a deadly weapon merged with the conviction for armed robbery. We thus vacated that portion of the sentence and remanded for re-sentencing.

penal statute provides." *von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013).

Here, Allah's motion does not allege that his sentence exceeds the maximum allowed by law. Instead, Allah alleges various deficiencies in the indictment and grand jury proceeding. These are not valid void-sentence arguments. Accordingly, Allah's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   08/19/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*